# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2248

_____

United States of America,        *
                                   *

           Appellee,        *    Appeal from the United States
                                   *    District Court for the District
     v.                    *    of Minnesota.
                                   *

William David Callais,        *        [UNPUBLISHED]
                                   *

          Appellant.       *

_____

Submitted: February 10, 2004

Filed: February 17, 2004

_____

Before MELLOY, FAGG, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

A jury convicted William David Callais, a federal inmate, of inflicting bodily injury while assaulting a federal prison officer in violation of 18 U.S.C. §§ 111(a) & (b). The jury specifically found Callais intentionally and knowingly made physical contact with the officer and the officer suffered bodily injury as a result. Callais appeals asserting there was insufficient evidence to support the jury's finding that Callais's conduct caused the officer's injuries. Viewing the evidence in the light most favorable to the Government and giving the Government the benefit of all reasonable inferences, we conclude a reasonable jury could have found beyond a reasonable doubt that when Callais punched the officer in the face, it caused the officer abrasions

that amounted to bodily injury.  The evidence included testimony by the officer and another officer who witnessed the altercation.  Callais also contends the Government failed to prove he intentionally caused the officer's injury.  The Government was not required to prove intent to injure, however.  See United States v. Jackson, 310 F.3d 554, 556 (7th Cir. 2002).   We thus affirm the judgment of the district court.[*]

_____

_____

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.